# EXHIBIT 1



## PARTNERSHIP CONTRACT
Panasonic + Justine Ezarik – CES 2025 Activation

**Submitted to:**
Justine Ezarik

**Submitted by:**
Glenn Whiting
President and CEO
AGAIN Interactive
December 17, 2024



## PROJECT OVERVIEW

Under this agreement (the "Agreement"), we outline the role that iJustine INC f/s/o Justine Ezarik ("The Supplier") will take in supporting Panasonic North America as part of the company's CES 2025 amplification project. (the "Activation"). This Agreement is made and entered into as of December 17, 2024 between iJustine INC f/s/o Justine Ezarik ("The Supplier") and Again Interactive, LLC ("Agency") o/b/o Panasonic North America ("Client") and shall effectuate the parties' mutual understanding and agreement to the terms and provisions herein.

As a partner of Panasonic North America, supporting the brand as an expert in your area, The Supplier's role (the "Services") will be subject to the following terms:

## SCOPE OF RESPONSIBILITIES

As a partner of Panasonic North America (PNA), supporting the brand as an expert in your area, The Supplier's role would include:

### The Supplier's Responsibilities Include:

- Promotion of PNA on Supplier's Instagram and TikTok channel in accordance with the terms set forth in this Agreement
- Tagging of PNA and linking to na.panasonic.com/ces (or relevant Panasonic.com online resources) website when appropriate
- Tagging of Panasonic hashtag (TBD) in all branded posts
- Coordination of content with AGAIN Interactive/PNA to ensure relevancy and accuracy
- Provision of assets for PNA to utilize across digital properties (subject to the usage terms set forth herein), organic only (social content, website, email, etc.) with more details outlined in "Usage Terms" section below

### AGAIN Interactive's Responsibilities to The Supplier Include:

- Timely briefing on Panasonic CES campaign strategy and initiatives to inform content creation and messaging
- QA'ing content for accuracy in a timely fashion and providing any necessary feedback
- Managing questions, concerns, etc., about PNA products

2



- Coordinating assets between The Supplier and PNA as needed
- Ensure all content provided by The Supplier is credited to The Supplier appropriately

## PROPOSED DELIVERABLES

The Supplier to provide the following deliverables:

- Thirty (30) minutes' worth of filming content for Panasonic's channels (produced by PNA) around The Supplier's favorite things, and most exciting tech they saw and experienced at the Panasonic CES booth
    - o The Supplier will be provided with pre-determined questions for proper preparation
    - o The Supplier will distribute the Panasonic produced video to their Instagram and TikTok channels
- One (1) short-form CES video to be produced and distributed by The Supplier to their Instagram and TikTok channels
    - o PNA and The Supplier to align on CES focus points and The Supplier will be provided with all proper background information
    - o Length ~60 seconds with final length at The Supplier's discretion
- One (1) short-form post-CES (Q1 2025) video to be produced and distributed by The Supplier to their Instagram and TikTok channels
    - o PNA and The Supplier to align on post topic
    - o Length ~60 seconds with final length at The Supplier's discretion
- Organic usage of content by Panasonic across PNA's owned and operated social channels for six (6) consecutive months immediately following posting
- Paid usage of content by Panasonic across PNA's social channels for sixty consecutive (60) days immediately after upload of each deliverable

## MILESTONES

- Pre-CES
    - o ~Week of December 23, 2024: Onboarding documentation delivered and reviewed
- CES and Post
    - o January 8th, 2025 – Filming at Panasonic Booth
        - PNA to provide final date and time (subject to mutual approval)
    - o By January 20th, 2025: CES-focused video to go live (where the exact posting date is subject

3

to mutual approval)

- Ideal deployment date to be confirmed
  - ○ Post-CES video to go live by early February (where the exact posting date is subject to mutual approval)
    - Ideal deployment date to be confirmed

## STRATEGIC REQUESTS

The Supplier will abide by the following guidelines provided by Agency (the "Guidelines"):

- Please use relevant hashtags and account tagging included in onboarding document.
- Notwithstanding the foregoing and anything to the contrary contained herein, The Supplier may reasonably adapt and conform any messaging in the Guidelines to The Supplier's own branding, voice, style, and tone, and the Deliverables produced hereunder will be similar to materials distributed by The Supplier on The Supplier's Channels in the past six (6) months. In the event Agency and/or Client desire to give The Supplier additional guidelines ("Additional Guidelines") not contained herein, in the event the Additional Guidelines would cause The Supplier to incur additional work or additional cost in production, the parties agree to negotiate in good faith an additional fee due to The Supplier.
- All Deliverables will incorporate appropriate FTC disclosures. Without limiting anything herein, Agency warrants and represents that Agency shall be solely responsible for any liability stemming from any FTC disclosures provided by, required, or otherwise approved, by Agency.

## APPROVALS.

The Supplier will provide Agency with one (1) draft of each piece of the Deliverables for review prior to any scheduled posting/delivery date(s). Agency shall have the right to approve the Deliverables based on reasonable FTC disclosure concerns and conformity with the Guidelines, including all copy, tags, and links. If Agency does not approve of the Deliverables based on the foregoing, Agency shall meaningfully consult with The Supplier and provide The Supplier with a reasonably descriptive list of objections to the Deliverables. Thereafter, The Supplier shall produce one revision to the Deliverables to generally conform with Agency's reasonable comments, subject to The Supplier's prior professional schedule and contractual obligations. The final Deliverables will thereafter be delivered and/or posted in accordance with the terms contained herein, subject that delivery and/or posting may be reasonably delayed in the event The Supplier has to revise Deliverables in accordance with this paragraph, and, if necessary, the parties will mutually determine in good faith a new delivery/posting date. Notwithstanding the foregoing or anything to the contrary contained herein, The Supplier shall not be

4



obligated to perform any reshoots of Deliverables unless The Supplier is in a material, uncured breach of this Agreement. If The Supplier does not receive notice of rejection of the Deliverables within two (2) days of submission (email being deemed sufficient for such purposes), the Deliverables will be deemed approved. For sake of clarity and avoidance of doubt, PNA is entitled to one (1) round of revisions.

## USAGE TERMS

- At the completion of the six (6) month term, all approved photos, quotes, and partnership deliverables can remain live on Panasonic's channels (including, but not limited to, Panasonic's social media platforms only), however, Panasonic can no longer re-amplify or promote any of the assets.
- Panasonic to amplify The Supplier content across Panasonic's owned and operated social media channels in accordance with the usage terms set forth herein.
- All amplification of quotes, photos, or partnership details will be credited to The Supplier.
- AGAIN Interactive to provide amplification plans to The Supplier to ensure all parties are aligned on volume of brand mentions and volume of usage.
- No address or personal identifiable information to be filmed or included.
- Final footage to be provided for Panasonic to review and approve (where such approval shall not be unreasonably withheld, delayed or conditioned).

## INTELLECTUAL PROPERTY

- **Client Materials License**: Agency and/or Client hereby grants The Supplier the non-exclusive right, throughout the world, royalty-free, in perpetuity, to use the Client Materials in connection with: (i) the production of the Deliverables and for all other purposes stated herein; (ii) as embodied within the final version of the Deliverables and displayed on The Supplier's Channels; and (iii) showcasing the Deliverables as part of The Supplier's professional portfolio. Without limiting anything herein, Agency and/or Client warrants and represents that The Supplier's uses of the Client Materials will not violate the rights of any third party, including, without limitation, third-party copyrights, trademarks, and rights of publicity or privacy.
- The **Supplier License**: Subject to Agency and Client's compliance with all terms and conditions contained herein, The Supplier hereby grants Client (unless indicated otherwise below) the right to use the Deliverables (as well as The Supplier's name, likeness, voice, screen name or social media name or moniker solely as incorporated into the Deliverables) solely by ways of the following authorized uses of the Deliverables ("Authorized Uses"). In connection with the following Authorized Uses, Agency and Client agree to credit and/or tag The Supplier in each instance in accordance with industry standards:

5



    ○  Other than the expressly stated Authorized Uses herein, this Agreement does not create any other right or license for Agency and/or Client to use, repost, reproduce, modify create derivative works from, distribute, display, or otherwise exhibit the Deliverables or the content captured during the Video Taping or place any paid media behind the Deliverables. All rights not expressly granted by The Supplier herein are expressly reserved by The Supplier.



## BUDGET AND FEES

CES Activation ...................................................................................................................................$125,000
**TOTAL COST OF PROPOSED EFFORT.................................................................................................$125,000**

## PAYMENT TERMS

- For invoicing purposes, The Supplier to provide information below:
  - Bank Name/Bank Address:
  - Customer Name:
  - Address:
  - Routing Number:
  - Account Number:
  - Account Type: Personal/Business Checking/Savings

- For prompt payment, please direct invoices, a signed NDA, and a W-9 to Melissa Garcia (mgarcia@againinteractive.com)

- Payment will be made on a pay for play basis and broken out into two payments, with the first half of the Project Fee being made immediately upon execution of this agreement and the second half of the Project Fee being made immediately upon the completion and execution all deliverables outlined in this agreement.

- If this Agreement is terminated due to The Supplier's material uncured breach, The Supplier will be entitled to a pro-rata portion of the Project Fee for services rendered prior to termination. If this Agreement is terminated for any other reason, The Supplier will be entitled to the entire Project Fee in full. Any Party may terminate this Agreement at any time by giving ten (10) days' written notice to the other Parties. Should AGAIN Interactive or Panasonic terminate this Agreement without cause (in the absence of The Supplier's Material Breach of this Agreement), The Supplier shall be paid the entire Project Fee in full. If any Party defaults in the performance of this Agreement or materially breaches any of its provisions, the nonbreaching Party may terminate this Agreement by giving written notification to the breaching Party ("Material Breach"). In the event that The Supplier materially breaches the agreement and such breach remains uncured for an unreasonable amount of time, AGAIN Interactive or Panasonic may terminate this agreement and the amount due shall only be the amount of travel expenses incurred plus work already completed on a pro rata basis.

7



## REPRESENTATIONS AND WARRANTIES

Each party represents and warrants that they respectively have the full right, power and authority to enter into and perform its obligations under this Agreement, are under no contractual or other commitment that prevents or otherwise materially interferes with the performances and obligations owed hereunder, and has been authorized to sign and deliver this Agreement on behalf of the contracting party. Additionally, Agency represents and warrants that Agency is an authorized agent of Client.

Notwithstanding anything to the contrary contained herein, The Supplier does not warrant or represent as to the profile or demographics of The Supplier's (or any other) audience, nor any guaranteed conversion rates, pay-up rates, response rates, placement, or ability to convert advertisements into sales for Client.

## INDEMNITY

Each party will respectively defend (solely in the case of PNA), indemnify, and hold the other party, its affiliates, subsidiaries, and each of its respective officers, employees, representatives, and agents harmless from and against all third- party claims, suits, liabilities, judgments, losses, damages, fines or costs (including reasonable outside attorney's fees and expenses) related to or arising out of a party's own breach of this Agreement or own willful misconduct and gross negligence in connection with this Agreement.

Additionally, Agency will also defend, indemnify, and hold The Supplier, its affiliates, subsidiaries, and each of its respective officers, employees, representatives, and agents harmless from and against all third- party claims, suits, liabilities, judgments, losses, damages, fines or costs (including reasonable outside attorney's fees and expenses) related to or arising out of: (a) Agency and/or Client's own exploitation, distribution, promotion, production and/or advertising of the Activation; (b) any claims or representations made about Client's products/services made by Agency or Client (and their representatives) authorized for The Supplier's use in connection with this Activation; (c) the distribution, sale, marketing, or use of Client's products and services related to this Agreement, including, without limitation, any product liability claims brought against The Supplier; and (d) any events that Agency or client request The Supplier (and The Supplier personnel) to attend in connection with the Activation or material provided by or on behalf of Agency or Client. Each party to this Agreement will, upon receipt of the presentation of any claim or notification of the institution of any action with respect to which indemnification might be required under this Agreement, promptly notify the other of the presentation of such claim or the institution of such action.

8



## LIMITATION OF LIABILITY

Notwithstanding the foregoing or anything to the contrary contained herein, neither party hereto will be liable to the other party for any consequential, incidental, indirect, punitive, or special damages, however caused and regardless of legal theory, in connection with this Agreement.

## NON-UNION

The Services herein shall be non-union and not subject to any union agreement, including, without limitation, the Services not being subject to the rules of SAG-AFTRA and The Supplier shall not be required to sign any waivers, including without limitation any Taft-Hartley waivers, in connection with this Agreement.

9



## ACCEPTANCE

This Agreement represents the entire understanding between the parties, shall supersede any prior agreement between the parties regarding the subject matter herein (whether written or oral), shall be binding upon and inure to the benefit of the parties' respective assigns, successors, and heirs, and cannot be modified, or amended, except in a writing signed by both parties, or as otherwise provided for herein. This Agreement is not assignable by either party without the prior written approval of the other party. By signing below, iJustine, Inc. f/s/o Justine Ezarik is accepting the terms and conditions outlined in this Agreement. Failure to activate on any of the deliverables outlined in this document will result in a recalculation of the agreed upon payment.

Name:        iJustine, Inc. f/s/o Justine Ezarik

Signature:   _Justine Ezarik_                    Date: _1/3/2025_

### AGAIN Interactive LLC

Address:     30 W. Park Place, Morristown NJ 07960

Name/Title:  Glenn Whiting, CEO
Email:       gwhiting@againinteractive.com
Phone:       646.725.7177
Fax:         888.328.0945

Signature:   _____                     Date: _1/7/25_